### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

**ALVARO MARIN-PEREZ,** §

*Petitioner,* §

**v.** §   **NO. 1:26-CV-00994-ADA-DH**

**TODD BLANCHE, Acting United States**
**Attorney General, et al.,** §

*Respondents..* §

### ORDER

On May 26, 2026, Petitioner and Respondents filed a joint stipulation for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 6.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)).

Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED ON MAY 27, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE